**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 422 MAL 2016
                                    :
         Respondent            :
                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court
         v.                       :
                                      :
                                      :
TYRELL JAMAR JONES,             :
                                      :
         Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.